# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No. 21-CR-00493-003-GKF<br>} |
| LINDA ANN BEEN, | }<br>} |
| Defendant. | } |

## **ORDER**

Before the Court is defendant Linda Been's Motion to Extend Date of Surrender (Doc. 713). In support, Defendant states she has a post-operation appointment set on June 27, 2024, following hand surgery performed on June 13, 2024, only a week before her surrender date of June 20, 2024. The motion is unopposed by the government. Ms. Been's supervising probation officer has confirmed that Ms. Been has been in compliance with her conditions of release. Premises considered, the Court will allow Ms. Been four additional weeks in order to attend her post-operation appointment and begin physical therapy prior to surrendering to the Bureau of Prisons.

Wherefore, defendant Been's Motion to Extend Date of Surrender (Doc. 713) is **granted**. The Court therefore resets her surrender date to **Wednesday, July 17, 2024**, and orders continued compliance with her conditions of release.

IT IS SO ORDERED this 18th day of June, 2024.

_____
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE